# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| DORIS MARRERO | |
| Plaintiff | |
| vs. | Civil 97-1871 (PG) |
| CARIBBEAN CLINICAL LABORATORIES, INC., et al | |
| Defendants | |

RECEIVED & FILED
99 SEP 10 AM 8:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER TO SHOW CAUSE

It appears from the docket of this case that no action has been taken since March 10, 1998. Plaintiff's attorney, Robert Millán, is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of September, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev. 8/82)