# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   December 7, 2000

| | |
|---|---|
| DORIS MARRERO | * |
| Plaintiff | * |
| v. | *   Civil 97-1871 (PG) |
| CARIBBEAN CLINICAL LABORATORIES, INC., et al | * |
| Defendants | * |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, December 13, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isís Egelé
Courtroom Deputy

s/c:   Robert Millán           (Notified by phone: personally)
       Miguel Maza Pérez       "      "      "      Johanna
       Silvia Del Rosario       no answer