# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: December 13, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | **CIVIL CASE: 97-1871 (PG)** |

===============================================================

| | |
|---|---|
| DORIS MARRERO | <u>Attorneys:</u> |
| vs. | |
| CARIBBEAN CLINICAL LABORATORIES, INC., et al | José VAZQUEZ |

===============================================================

STATUS CONFERENCE held in chambers. The attorney for the plaintiff is not present.

The Court has been informed that on September 28, 2000, the bankruptcy case filed by defendant Caribbean Clinical Laboratories was closed. That is nearly three months ago and the plaintiffs have yet to move their case forward. The plaintiff is hereby **ordered** to show cause within **ten days** why this case should not be dismissed for lack of prosecution.

                                                         Lida Isis EGELE
                                                        Courtroom Deputy

s/c:   All counsel