UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DORIS MARRERO, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *    Civ. No. 97-1871 (PG) |
| | * |
| CARIBE CLINICAL LABORATORIES INC, | * |
| ET AL., | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Having Plaintiff appropriately answered this court's order to show cause entered during the

status conference held on December 13, 2000, Defendant is hereby **ORDERED** to answer or otherwise

respond to the complaint pending before the court since June 5, 1997.


**IT IS SO ORDERED.**

San Juan, Puerto Rico, January _17_, 2001.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge