UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DORIS MARRERO, | * |
| Plaintiff | * |
| v. | * Civ. No. 97-1871 (PG) |
| CARIBE CLINICAL LABORATORIES INC, ET AL., | * |
| Defendant | * |

## ORDER

Before the Court is attorney Miguel A. Maza's Motion to Withdraw Legal Representation for co-defendants Caribbean Clinical Laboratories, Ruben Cheverez and Manuel Gurierrez. The Court hereby **GRANTS** attorney Maza's Motion and allows co-defendants thirty (30) days to appear with new legal representation. Co-defendants are forewarned that failure to appear with new representation within the specified time will result in the entry of default against them. The Clerk of Court shall send a copy of this order return receipt requested to co-defendants' last known address:

De La Vega D-8, Urb. Villa Espana
Bayamon, P.R. 00961

**IT IS SO ORDERED.**
San Juan, Puerto Rico, February 6, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)