UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 FEB 23 AM 10 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

DORIS MARRERO.,

    Plaintiff

    v.      Civ. No. 97-1871(PG)

CARIBBEAN CLINICAL LABORATORIES ET AL.,

    Defendant

| MOTION | ORDER |
|---|---|
| (Docket #26) MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF | Granted |

**Date:** February 22, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge