UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

DORIS MARRERO,

    Plaintiff

v.

CARIBE CLINICAL LABORATORIES INC,
ET AL.,

    Defendant

Civ. No. 97-1871 (PG)

## ORDER TO SHOW CAUSE

The record indicates that back in February 23, 2001 Plaintiff's attorney was given leave to withdraw legal representation. At that time Plaintiff was given thirty days (30) to announce new legal representation. Nothing has been filed by Plaintiff since then.

Wherefore, Plaintiff is granted ten (10) days from receiving notice of this order to show cause why her case should not be dismissed for lack of prosecution. The Clerk of Court is to send a copy of this order return receipt requested to plaintiff's address:

    Doris Marrero
    PO Box 1766
    Toa Baja, PR 00951

**IT IS SO ORDERED.**
San Juan, Puerto Rico, April _18_, 2001.

                          JUAN M. PEREZ-GIMENEZ
                          U.S. District Judge

AO 72A
(Rev.8/82)