UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DORIS MARRERO, | * |
| Plaintiff | * |
| v. | * Civil No. 97-1871 (PG) |
| CARIBBEAN CLINICAL LABORATORIES, INC., ET AL., | * |
| Defendants | * |

## JUDGMENT

The Court has entered an opinion and order Dismissing the case with prejudice for lack of prosecution. Thus, it is hereby **ORDERED AND ADJUDGED** that the above caption matter be dismissed with prejudice. The case is closed.

San Juan, Puerto Rico, June 19, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)